USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C.C.,

                Plaintiff,

     -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

22-CV-6788 (JHR) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court shall hold a telephone conference, on **May 5, 2023** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586). The parties must come prepared to discuss their settlement efforts to date if they have not settled by the time of the conference.

<u>Any application for a change in the date of the conference must be made by letter-motion filed on ECF within ten days of this order</u>, unless there is good cause justifying a later application. Prior to requesting an adjournment, the party making the request should contact the Deputy Clerk, David Tam, David_Tam@nysd.uscourts.gov, to determine alternative dates on which the Court is available for a rescheduled court appearance. The party must then request an adjournment by letter-motion that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for an alternative date

for the conference (as provided by the Deputy Clerk) for which all parties are available.

Finally, the parties are directed to consult the Court's Individual Rules available on the Southern District of New York's website.

**SO ORDERED.**

Dated: April 21, 2023
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge